Aaron D. Sperbeck, ABA #0511112
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680
asperbeck@bhb.com

Attorneys for State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| STATE OF ALASKA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:21-cv-00020-HRH |
| 3M COMPANY, et al., | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Birch Horton Bittner & Cherot hereby enters its appearance on behalf of Plaintiff State of Alaska in the above-entitled action and requests that copies of all correspondence and pleadings be directed to Aaron D. Sperbeck, at 510 L Street, Suite 700, Anchorage, Alaska 99501.

DATED this 18th day of August, 2021.

BIRCH HORTON BITTNER & CHEROT
Attorneys for State of Alaska

By: _____
Aaron D. Sperbeck, ABA #0511112

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of August, 2021, a true and correct copy of the foregoing was served on the following via the Court's CM/ECF electronic delivery system:

Jim Torgerson
Stoel Rives LLP
jim.torgerson@stoel.com

Paul Scott Summy
Baron & Budd
ssummy@baronbudd.com

Brewster H. Jamieson
Michael B. Baylous
Lane Powell LLC
jamiesonb@lanepowell.com
baylousm@lanepowell.com

Brandon John Taylor
Cossich, Sumich, Parsiola & Taylor LLC
btaylor@cossichlaw.com

BIRCH HORTON BITTNER & CHEROT

By: /s/ Aaron D. Sperbeck